**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Yanuario Duarte-Duarte,<br>Petitioner,<br>v.<br>Eric Rokosky,<br>Respondent. | No. CV-26-03603-PHX-MTL (MTM)<br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 12.) In the Response, Respondents state: "Respondents oppose immediate release. However, Respondents agree that Petitioner is entitled to a bond hearing in light of the decision in *Rodriguez Vazquez v. Bostock*, No. 25-6842, 2026 WL 2196424 (9th Cir. July 30, 2026)." (Doc. 15.) The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as described herein. The remainder of the Petition is denied.

(2) Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

(3) Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 5th day of October, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge